Certificate Number: 00437-PAM-DE-029231219

Bankruptcy Case Number: 17-01224


00437-PAM-DE-029231219

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2017, at 6:43 o'clock PM MDT, Sharon McCall completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 10, 2017

By: /s/Kimberly Jackson

Name: Kimberly Jackson

Title: Accredited Financial Counselor