```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 17-01224-RNO
Sharon J. McCall                                                    Chapter 7
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: admin                 Page 1 of 1                  Date Rcvd: Jun 29, 2017
                              Form ID: 318                Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2017.
db             +Sharon J. McCall,    515 East Emaus Street,    Middletown, PA 17057-2214
4901807        +KML Law Group, P.C.,    Suite 5000 BNY Independence Center,    701 Market Street,
                 Philadelphia PA 19106-1538
4901808        +Lancaster County Treasurer,    150 North Queen Street,    PO Box 1447,   Lancaster PA 17608-1447
4901809        +Loran S. McCall,    262 Furnace Hill Road,    Elizabethtown PA 17022-9561
4901811        +Northland Group Inc.,    PO Box 390846,   Minneapolis MN 55439-0846
4901813        +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison WI 53704-3121
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4901802        +EDI: BANKAMER.COM Jun 29 2017 18:49:00      Bank of America, N.A.,    7105 Corporate Drive,
                 Plano TX 75024-4100
4901803        +EDI: CAPITALONE.COM Jun 29 2017 18:49:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City UT 84130-0285
4901804        +EDI: CAUT.COM Jun 29 2017 18:48:00      Chase Auto Finance,    National Bankruptcy Dept,
                 201 N Central Ave Ms Az1-1191,    Phoenix AZ 85004-1071
4901805        +EDI: DISCOVER.COM Jun 29 2017 18:48:00      Discover Financial,    Po Box 3025,
                 New Albany OH 43054-3025
4901806        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 29 2017 18:50:02       Keybank NA,
                 Key Bank; Attention: Recovery Payment Pr,    4910 Tiedeman Road (Routing Code: 08-01-,
                 Brooklyn OH 44144-2338
4901810        +E-mail/Text: unger@members1st.org Jun 29 2017 18:50:12       Members 1st F C U,   5000 Louise Dr,
                 Mechanicsburg PA 17055-4899
4901812        +E-mail/Text: bkdepartment@rtresolutions.com Jun 29 2017 18:50:01       Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,   Dallas TX 75235-1655
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lisa A Rynard    on behalf of Debtor Sharon J. McCall lrynard@pkh.com, rwhitfield@pkh.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Sharon J. McCall** | Social Security number or ITIN  xxx–xx–3642 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:  **1:17–bk–01224–RNO** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sharon J. McCall

**By the court:**

June 29, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**